Original

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**
OCT 23 2020
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

#325151    IN THE UNITED STATES DISTRICT COURT
Juan Antonio Trejo    FOR THE _____ DISTRICT OF TEXAS
3005 W San Antonio St              _____ DIVISION
New Braunfels TX 78130

Plaintiff's Name and ID Number

Comal County Jail
Place of Confinement

**1:20CV1065 RP**

CASE NO._____
(Clerk will assign the number)

V. New Braunfels Polic Dept
550 Landa St NewBraunfels TX 78130

Defendant's Name and Address
New Braunfels Police Dept.
550. Nand St.

Defendant's Name and Address

_____

Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Mr Sweets Made it a point to Harras, and threaten me To Try to pry information out of Me, Claiming that other people were telling him Information About Me. Mr Sweets Harrassed me, And tried to Entrap Me Between These Dates. This was Just one of Several Runins And Detentions Mr Sweets illegaly Made with Me.

② OFFicer Sullivan- Devoloped A false probable Cuase on At least 7 incidents to Detain Me And illegaly Search me, Stealing phones, FlushLites, And Even Money from Me. On Several of these incidents He Would State That He was The First One to put Me in prison And that He wouldn't stop Until i was back in-prison. He Also stated that Because of Wetback Scums Like Me His Neice OverDosed.

③ OFFicer Hawks

On One Of At least 10 incidents that Mr Hawks illegaly Detained Me- He Took off His Radio, Gun belt, And Accesories- And Provoked Me into a Physical Altercation. This Altercation was A Result of Him Harrasing Me On Social Media- Spreading Rumors About Me On Social Media- I Never Assualted Him Nor Tried to- His Supervisor was Near by And Held His Gun While He "Tended" to Me- On Another Occasions Officer Hawks would illegaly Detain Me Just to Show other officers who I was- which Resulted in More Officer Harrasing.

5

(4) <u>Sgt Alvarado</u> - Knowingly, Intentionally illegaly - fabricated a probable Cause - illegaly Detained Me - stating that a Concerned Citizen Called 911, About a Suicidle person walking the streets. They Coereced Me to the local Hospital - Mr. Alvarado's Only Concern was if the Methamphetimine I Was Using Now Was Different than present Methamphetmine. After Refusing Blood Draw I was Released.

(5) <u>New Braunfels police Dept.</u>

Between The Above Mentioned Dates I Was illegaly Detained By Several officers. I Was Subjected to physical Assault, Coercion, Harrasment, Entrapment And Invasion of privacy - Violating My Civil Rights. I Was Subjected to their So Called Roppe program - Threatened With a Fabricated Case - iN Returne for Information of Crimes they believed I Was Aware of - Puting my life in Danger Outside of incarceration As well As incarceration - Leaving Me Traumatized And Devoloping PTSD And psychological Disorders.

6

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Between the Dates of March 2018 - November 2018 Give or Take a Month or So. I MySelf, Juan Antonio Trejo Was Subjected To Physical Assault, Harrasment, Coercion, Entrapment, Invasion of Privacy by The New Braunfels Police Dept And It Officers. New Braunfels Police Officer: Sweets invaded My Privacy By Harrasing My family And Friends And MySelf. At Any given time He Would Devolop a probable cause to Stop Me. Also Would Stop at My girlfriends house, Honk And Harrass me Claiming He knew That I Was a gang member. Please See Attached-

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Riprimand & Discipline These Officers - Shed Info On Any Program They Use To pry Info On Suspects And innocent. Compensate for My PTSD & Trauma They Caused From Their tactics - which I will Never Re Cooperate $1,000,000,000

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Juan Trejo, Juan Antonio Trejo,

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1292744 - TDJC

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied?    ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?  ___YES  ✓NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division):_____

2. Case number:_____

3. Approximate date warning was issued:_____

Executed on: 9/19/20
          DATE

Juan Antonio Trejo
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  19th  day of  September , 20 20 .
            (Day)              (month)       (year)

Juan Antonio Trejo
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5